UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
PAUL DENVER,                                                      :
                                                                  :
                        Plaintiff,                                :
                                                                  :     22-CV-5103 (JMF)
            -v-                                                   :
                                                                  :     ORDER
MARTIN O'MALLEY, *Commissioner of the Social*                     :
*Security Administration*,                                        :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On August 12, 2024, Plaintiff filed a motion for attorney's fees pursuant to 42 U.S.C. Section 406(b). By separate Order to be entered today, the Court will refer that motion to the assigned Magistrate Judge for a Report and Recommendation.

    Additionally, the Clerk of Court is directed to substitute "Martin O'Malley, *Commissioner of the Social Security Administration*" as Defendant on the docket (and terminate Kilolo Kijakazi as Defendant), consistent with this Order's caption. *See* ECF No. 25, at 1 n.1.

    SO ORDERED.

Dated: August 13, 2024
       New York, New York
                                      JESSE M. FURMAN
                                 United States District Judge